IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM HENRY BALL, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-553-WKW |
| | ) |
| R. MCCOLOUGH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 27, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 4) is ADOPTED;

(2) This case is TRANSFERRED to the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 29th day of August, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE